# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK P. GOURLEY,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00379-MMD-WGC<br><br>ORDER |

On November 3, 2017, this Court denied § 2254 petitioner Frank P. Gourley's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty (30) days. (ECF No. 3.) More than the allotted time has elapsed, and Gourley has not paid the filing fee nor contacted the Court in any way. Accordingly, the petition will be dismissed without prejudice for failure to comply with this Court's order to pay the filing fee.

It is therefore ordered that the Clerk detach and file the habeas petition (ECF No. 1-1).

It is further ordered that this action is dismissed without prejudice as set forth in this order.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 12th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE